THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS TRIBBLE, Defendant-Appellant.

(No. 57638;

First District (1st Division)—May 29, 1973.

PER CURIAM.

BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Xavier G. Velasco, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.